UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEC RAY REASONS, ) <br>       Plaintiff, ) <br>     v. ) <br> ) <br> ANDREW M. SAUL, Commissioner ) <br> of Social Security, ) <br>       Defendant. ) <br> _____ ) | NO. CV 18-3175-KS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: September 13, 2019

                                            /s/ Karen L. Stevenson
                                            KAREN L. STEVENSON
                                     UNITED STATES MAGISTRATE JUDGE